UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT TUBIAK and EDWARD CUELLO, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

THE NIELSEN COMPANY (US), LLC, and NIELSEN HOLDINGS N.V.,

    Defendants.

No. 1:15-cv-5159 (PKC)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-12-16
```

## [PROPOSED] ORDER

WHEREAS, on December 1, 2016, the Parties filed their Joint Motion for Approval of Fair Labor Standards Act Settlement;

WHEREAS, the Court has considered all arguments made in support of the motion;

WHEREAS, the Court finds that the Parties have met their burden of showing that the proposed settlement (the "Settlement") is fair and reasonable and is the compromise of a *bona fide* dispute;

It is hereby ORDERED that:

1. The Settlement in the amount of $105,561.00 is approved, and all terms in the Parties' Stipulation of Settlement and Release are approved;

2. The Court approves Service Awards of $5,000.00 each to Named Plaintiffs Scott Tubiak and Edward Cuello [handwritten: is DENIED. See Silberblatt v. Morgan Stanley, 524 F.Supp. 425 (S.D.N.Y. 2007)] [initialed: PKC]

3. *[PKC]* The Court approves an award of attorneys' fees ~~and expenses~~ *[costs ad]* to Class Counsel in the amount of $~~149,439.00~~ $116,751.20 and expenses of $3,500..; and

4. The Court approves the dismissal, without prejudice, of the claim of Scott Blackwell, who opted in to this action but was determined by the Parties not to be a Class Member.

*[PKC]* 5. Motion (Doc 92) is Terminated. Case is closed

Date: 12-9, 2016

_____
P. Kevin Castel, U.S.D.J.

*[PKC handwritten note:]* From a detailed review of the time records, there is no indication that a single deposition was taken in this case. The principal events were the preparation of a complaint, a motion to conditionally certify the action, two conferences with the Court, a mediation and a motion to approve settlement. The large disparity between the award to the individual plaintiffs versus the significantly higher award to counsel also raises a danger of conflict between counsel and their clients. Accordingly,